IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 08-47E-001 |
| | ) | |
| RASHAD LEE WILLIAMS | ) | |

The above named defendant satisfied the judgment of JANUARY 19, 2010 by paying on DECEMBER 10, 2011 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 1-20-12
Deputy Clerk                                   Date

CLERK
U S DISTRICT COURT
2012 JAN 20  AM 8:54
FILED